UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL ORR ,<br><br>              Plaintiff,<br><br>  v.<br><br>SEATAC FEDERAL DETENTION, et al.,<br><br>              Defendant. | CASE NO. 2:20-cv-01235-RSM-BAT<br><br>**ORDER DISMISSING WITHOUT PREJUDICE** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The matter is dismissed without prejudice.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 16th day of October, 2020.

                                                RICARDO S. MARTINEZ
                                                CHIEF UNITED STATES DISTRICT JUDGE